**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**JAMES R. POOLE,**

Petitioner,

v.

**MICHAEL O'KEEFE, Commissioner, Minnesota Department of Health and Human Services,**

Respondent.

Civil No. 01-1460 (PAM/JGL)

**ORDER**

---

APPEARANCES

James R. Poole, pro se

Angela M. Helseth, Esq., Assistant Attorney General, for Respondent

---

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner James R. Poole's Motion to Reconsider Appointment of Counsel. Motions to reconsider are prohibited except by express permission of the Court. See D. Minn. LR 7.1(g). Poole has neither requested nor received permission to file his motion. To the extent Poole's

FEB 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

motion can be construed as a request for permission, permission is denied. The motion to reconsider is therefore stricken.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner James R. Poole's Motion to Reconsider Appointment of Counsel (Doc. No. 8) is **STRICKEN**.

Dated: February 13, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge